Order entered October 8, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00916-CR

**PAULA JOYCE WARREN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-31042-Y**

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's September 25, 2012 request for an extension of time to file the reporter's record. The reporter's record and exhibits received by the Clerk of the Court on October 4, 2012 and October 5, 2012 are **DEEMED** timely filed on the date of this order.

LANA MYERS
JUSTICE